IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION

UNITED STATES            )
OF AMERICA,              )
       Plaintiff,     )
                         )
vs.                      )
                         )
BARBARA A. FUQUA         )
                         )
                         )
                         )
                         )
       Defendant(s).  )    Case No. CV   06-2045

## NOTICE OF FORECLOSURE

    The undersigned certifies that the above entitled mortgage foreclosure action was filed on __March 9__, 2006, and is now pending.

(i)   The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii) The name(s) of the title holder(s) of record are: BARBARA A. FUQUA

(iv)  The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

       Lots Numbers One (1) and Two (2) in Block "U" of Rea's Addition to the Town, now Village, of Bement, said premises being situated in Piatt County Illinois

       PIN No. 74-01-00-07-000-279-00

(v)   A common address or description of the location of the real estate is as follows:
       281 East Fremont, Bement, Illinois 61813

(vi) An identification of the mortgage sought to be foreclosed is as follows:

Name of mortgagor(s): BARBARA A. FUQUA

Name of mortgagee: United States of America, United States Department of Agriculture

Date(s) of mortgage(s): May 16, 1989

Date(s) of recording: May 16, 1989

County where recorded: Piatt County, Illinois

Recording document identification: Book 335 page 539 as Doc No. 250925

UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
United States Attorney

PREPARED BY:

By: s/David H. Hoff
David H. Hoff, Bar No. 1234072
Assistant United States Attorney
Urbana Federal Bldg. & U.S. Courthouse
201 S. Vine, Ste. 226
Urbana, IL 61801
Telephone No. 217-373-5875
Fax No. 217-373-5891
Email dave.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant U. S. Attorney, Urbana Federal Bldg. & U.S. Courthouse, 201 S. Vine, Ste. 226, Urbana, Il 61801