OAO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA,

v.

BARBARA A. FUQUA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-2045

TO: (Name and address of Defendant)

Barbara A. Fuqua
281 E. Fremont Street
Bement, IL 61813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, AUSA
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

March 28, 2006
DATE

s/K. Wynn
(BY) DEPUTY CLERK