281 E. Fremont
Bement, IL 61813
April 20, 2006

Clerk of the United States District Court
United States Court House
Suite 210
Urbana, IL 61812

**FILED**

APR 2 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Sir:

I am requesting a postponement on the foreclosure hearing, case no,06-2045 for the following reasons:

I am just out of the hospital and nursing home after having the second heart surgery in as many years. The surgery was an aneurysm in my heart aorta. It took place at Loyola University in Chicago on January 31, 2006. At that time there was a problem with my lungs and I had a trach in my throat, which has only been out 1 week and I can't talk very well as Mr. Hoff can attest to.

I was at Prairie Rose Healthcare in Pana, Il. for nearly 2 months recovering.from everything. Having just got home last Friday.

Then there is the matter of USDA screwing up my paperwork, which we will go through in court.

So I am going to need at least 2 months to get back my voice and maybe even three.. to get all my paperwork together since I am not functioning very good yet.

Sincerely,

*Barbara A. Fuqua*

Barbara A. Fuqua