UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-2045 |
| BARBARA A. FUQUA, | ) |
| Defendant. | ) |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
FOR CONTINUANCE TO ANSWER OR RESPOND
TO PLAINTIFF'S COMPLAINT**

The United States of America does not object to this Court extending the time for the defendant to answer the plaintiff's complaint to a date not later than June 24, 2006 for the reasons stated in the defendant's motion.

The United States will not consent to another continuance for the defendant to answer this complaint.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Barbara A. Fuqua
    281 E. Fremont Street
    Bement, IL 61813

    s/David H. Hoff
    DAVID H. HOFF, Bar No. IL 1234072
    Attorney for Plaintiff
    United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov