## Orders on Motions

2:06-cv-02045-HAB-DGB United States of America v. Fuqua

**U.S. District Court**

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from SLJ, ilcd entered on 5/4/2006 at 4:09 PM CDT and filed on 5/4/2006

**Case Name:** United States of America v. Fuqua
**Case Number:** 2:06-cv-2045
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER entered by Judge Harold A. Baker on 5/4/06. On April 24, 2006, the defendant, Barbara A. Fuqua, filed a motion for extension of time to file an answer to the complaint for foreclosure. Her motion [5] is granted. Ms. Fuqua shall file her answer (admitting or denying the allegations in the complaint) or other responsive pleading on or before June 26, 2006. Any further requests for extension of time will be viewed unfavorably by the court. Ms. Fuqua is ordered to contact the clerk of the court as soon as possible to provide a current daytime telephone number where Ms. Fuqua may be reached. She may contact the clerk of the court at (217) 373-5830, or send a letter addressed to Clerk of the Court, United States District Court, Central District of Illinois, 201 S. Vine Street, Urbana, IL 61802. The letter shall identify the case name and number as well as her phone number. She is further ordered to keep the court informed of any change of address and/or phone number. (SLJ, ilcd)

The following document(s) are associated with this transaction:

**2:06-cv-2045 Notice will be electronically mailed to:**

David H Hoff    david.hoff@usdoj.gov, staci.klayer@usdoj.gov

**2:06-cv-2045 Notice will be delivered by other means to:**

Barbara A Fuqua
281 E Fremont
Bement, IL 61813

*[handwritten notes:]* 217-486-0228 message
217-412-3123 my cell phone
I shall file suit against
USDA because of their
fault to our
are responsible

**FILED**
JUN 13 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL