E-FILED
Wednesday, 27 September, 2006  11:04:36 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-2045 |
| BARBARA A. FUQUA, | ) |
| Defendant. | ) |

**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on March 9, 2006. In support of this Motion, the United States of America states as follows:

1.  That this Court has jurisdiction of the parties to and the subject matter of this suit. That the defendant BARBARA A. FUQUA, was personally served by the U.S. Marshals Service on April 17, 2006. By letter filed with this Court on April 24, defendant requested an additional two months to answer or otherwise respond to the complaint. This Court, on May 4, 2006, allowed the defendant until June 26, 2006, to answer or otherwise respond to the complaint. To date, the defendant has neither objected to nor answered the plaintiff's complaint in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

    2. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

    3. The Sworn Affidavit of Costs and the Affidavit of Marianne Nixa, Acting State Director, Rural Development, are attached hereto and incorporated herein.

    WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendant.

    Respectfully submitted,

    RODGER A. HEATON
United States Attorney

BY:    s/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of September 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Barbara A. Fuqua
      281 E. Freemont Street
      Bement, IL 61813

      s/David H. Hoff_____
      DAVID H. HOFF, Bar No. 1234027
      Assistant United States Attorney
      Attorney for Plaintiff
      U.S. Attorney's Office
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Ph.:  217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov

E-FILED
Wednesday, 27 September, 2006  11:04:54 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-2045 |
| | ) |
| BARBARA A. FUQUA, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION**

DAVID H. HOFF says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 27th day of September 2006.

s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| BARBARA A. FUQUA | ) |
| | ) CASE NO. CV 06-2045 |
| Defendants. | ) |

AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1. The undersigned states that she is the Acting State Director for Rural Development, formerly Farmers Home Administration, FmHA, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2. The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3. Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $6044.98 as of May 4, 2006.

4. As of May 4, 2006, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | |
|---|---|
| Unpaid Balance of Principal | $40,106.76 |
| Unpaid Balance of Interest | $ 4,613.90 |
| Subsidy Payment Assistance Due | $35,397.57 |
| Escrow Shortage | $   704.52 |
| Late Charges | $   143.28 |
| Interest on Fees | $     4.01 |
| Fees Assessed | $   200.00 |
| Court Costs Paid to Date | $   488.25 |
| Total | $81,658.29 |
| Daily Accrual | $10.4908 |

5. To the best of the knowledge, information and belief of the undersigned; defendant herein is not now in active duty with the military forces of the United States or Allied Nations.

### CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
MARIANNE NIXA
Acting State Director

### ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 4th day of May 2006.

My Commission Expires:    4/04/07         Donna M. Wiltshire, Notary

"OFFICIAL SEAL"
Donna M. Wiltshire
Notary Public, State of Illinois
My Commission Exp. 04/04/2007

E-FILED
Wednesday, 27 September, 2006  11:05:24 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-2045 |
| ) | |
| BARBARA A. FUQUA, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, Lorali Seabolt, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at her last known address. To date, no response has been received.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 27th day of September 2006.

        s/David H. Hoff_____
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.: 217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov



U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*

---

*Rodger A. Heaton*  
*United States Attorney*

*Urbana Division Office*  
*Urbana Federal Building and U.S. Courthouse*  
*201 South Vine Street, Suite 226*  
*Urbana, Illinois 61802-3369*  
*TEL: (217) 373-5875*  
*FAX: (217) 373-5891*

May 4, 2006

Ms. Barbara A. Fuqua  
281 E. Fremont Street  
Bement, IL 61813

Re:   U.S. vs. Fuqua  
      Case No. 06-2045

Dear Ms. Fuqua:

As you are aware, we are in the process of foreclosing on property at 281 E. Fremont Street, Bement, Illinois 61831.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON  
United States Attorney


s/David H. Hoff  
DAVID H. HOFF  
Assistant United States Attorney

DHH:sk