281 E. Fremont
Bement. IL 61813
October 13, 2006

RECEIVED
OCT 16 2006
U.S. CLERK'S OFFICE
URBANA, IL

Clerk of the United States District Court
United States Court House
Suite 210
Urbana, IL 61812

Dear Sir:

I am requesting to send the court some letters that I have written in the past 2 years to different agencies and people regarding the foreclosure of my property at 281 E. Fremont, Bement, IL. 61813 case no. 06-2045. I think the court should know everything about how this all started with the agency losing my paperwork,.

I truly believe I have a case for not foreclosing on this property. I was in the hospital with heart surgery in 2004 and 2006. I also had osteoporosis in 2004 and am on medication for that, as well as blood pressure, thyroid, aspirin, and blood thinner for my heart.

I also may have to have another surgery on my throat as I have spent most of June and July in and out of the hospital with breathing problems, However I seem to be pretty good now so that may be down the road sometime. So I have had quite a number of health issues in the past few years. I still have not been able to go to my work yet.

My email address is: barbfuqua2003@yahoo.com, telephone no:217-678-3404.
I would like permission to send these copies to you.

Thank you for your patience.

Sincerely yours,

*Barbara G Fuqua*