

JOHN M. WATERS
CLERK OF COURT

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

October 27, 2006

Ms. Barbara Fuqua
281 E. Fremont
Bement, IL 61813

    Re:  *USA v Fuqua*
           *Case No. 06-2045*

Dear Ms. Fuqua:

We are in receipt of your letter of October 13, 2006. The Plaintiff has filed a Motion for Default Judgment (#9). Chief Judge McCuskey has scheduled that motion for hearing on November 20, 2006, at 2:30 p.m. in Courtroom A, U.S. Courthouse, 201 South Vine Street, Urbana, Illinois. You should plan to attend. While we cannot predict what the Chief Judge will consider as admissible evidence, we suggest you bring with you anything you want to present to the Chief Judge. He may or may not receive it, depending upon its admissibility under the Rules of Evidence.

                      Sincerely,

                      **s/John M. Waters**

                      John M. Waters
                      Clerk of the U.S. District Court

DGB:tc