E-FILED
Thursday, 02 November, 2006 03:18:07 PM
Clerk, U.S. District Court, ILCD

281 E. Fremont
Bement. IL 61813
November 1, 2006, 2006

FILED

NOV - 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Clerk of the United States District Court
United States Court House
Suite 210
Urbana, IL 61812

Dear Sir:

case no. 06-2045

I sincerely hope you will take the time to read this I know you must be busy.

I know that my case is not important to anyone but me as I am the one who is going to lose her home.

But there are a few things that someone should know about, my financial situation here. I have a car that I can't drive because there is no money for insurance, I have over a thousand dollar electric bill that I can't pay and some day soon they are going to shut it off. I am on Medicaid so most of my hospital bills and medication have been paid by them, of which I am truly and totally grateful.

And for many months now I have lived with the knowledge that I am losing my home of 18 years, even while going through my surgery and the time I was recovering.

Now I haven't a clue how to pay what I owe, I know good and well it is not worth $80,000.

Nonetheless this is the problem such as it is, and thank you very much for making it all the way to the end of this.

I am enclosing the letters I have sent over the past few months about this matter.

Sincerely yours

*[signature]*

 **MAIL**    Print - Close Window

**Date:** Sat, 7 Oct 2006 08:41:57 -0700 (PDT)

**From:** "Barbara Fuqua" <barbfuqua2003@yahoo.com>

**To:** "Roy Wrightson" <snakebluepoker@yahoo.com>

281 E. Fremont
Bement, IL 61813
November 23, 2005

Centralized Servicing Center
Default Management Branch
Accelerations/reconsideration Unit
1520 Market Street
St. Louis, Mo
Acct no. 6750722
Dear Sir:
I will not call down there anymore as all I get is the runaround.
I called 3 weeks ago and asked that a copy of the subsidy agreement be sent to me and was told that it would be coming. I haven't gotten it yet,
I can't believe that this is happening again. I went through this all before and then all of a sudden I was on the foreclosure list again.
Why?
If I had the money to send to you I would but I don't or I wouldnt be writing this letter.
And everytime I call down there all I get is crap and I won't do it again.
I demand to have another hearing.
Sincerely.

Want to be your own boss? Learn how on Yahoo! Small Business.

**YAHOO! MAIL**

Print - Close Window

**Date:** Sat, 7 Oct 2006 08:41:57 -0700 (PDT)

**From:** "Barbara Fuqua" <barbfuqua2003@yahoo.com>

**To:** "Roy Wrightson" <snakebluepoker@yahoo.com>

281 E. Fremont
Bement, IL 61813
November 23, 2005

Centralized Servicing Center
Default Management Branch
Accelerations/reconsideration Unit
1520 Market Street
St. Louis, Mo
Acct no. 6750722
Dear Sir:
I will not call down there anymore as all I get is the runaround.
I called 3 weeks ago and asked that a copy of the subsidy agreement be sent to me and was told that it would be coming. I haven't gotten it yet,
I can't believe that this is happening again. I went through this all before and then all of a sudden I was on the foreclosure list again.
Why?
If I had the money to send to you I would but I don't or I wouldnt be writing this letter.
And everytime I call down there all I get is crap and I won't do it again.
I demand to have another hearing.
Sincerely.

Want to be your own boss? Learn how on Yahoo! Small Business.

**YAHOO! MAIL**

Print - Close Window

| | |
|---|---|
| Date: | Sat, 7 Oct 2006 08:48:37 -0700 (PDT) |
| From: | "Barbara Fuqua" <barbfuqua2003@yahoo.com> |
| To: | "Roy Wrightson" <snakebluepoker@yahoo.com> |

This is the letter I sent in July asking for the reconderation, which I received in Sept.
However in October they reversed the decision and now I am in foreclosure again. Please help me. I sent a check for $213 to make the payment. I had received a notice that would be my payment. They sent it back with VOID printed across it. and said that my home was in foreclosure again.
I say it iss paid for since they didn't take the check. I called down to Missouri and asked them to send me the notice for subsidy that I have misplaced, and I haven't received it yet. All other paper work I have. But I have misplaced that one.
I am sending a copy of this to each if the persons I sent it to before.
Please help me.

   281 E. Fremont
   Bement, IL 61855
   June 13, 2005

Thomas B. Herron
Branch Chief
CSC, chief Collection Service Branch
Rural Housing Service
United States Department of Agriculture
Mr. Herron:
I am asking for a reconsideration on my account, due to the fact that several months ago I sent in my application for the re-amortization of my account and evidently it was lost in the paper work down there.
I had heart surgery in January of 2004 and then in December I found out I have osteopororis in my back and couldn't work for a few months until middle February of this year. I still am only working part time as I still am having trouble with my back.
Needless to say money has been tight around here.
So I would like to keep my house and what can I do to keep it. If I had the $40,000 we wouldn't be having this situation.
Please let me know what I can do to keep this house where I have lived for going on 17 years.
I have been making a payment of $340, which is what the payment would be if the papers hadn't have gotten lost.
I thought you might also like to know that my grand daughter is having a baby today. She is 15 years old, just was in March, so I am not quite up to writing this letter.
Sincerely.

Want to be your own boss? Learn how on Yahoo! Small Business.

### new reconsideration

I would like to say that when I was in the process of asking for and receiving a reconsideration and then the reconsideration was reversed I was in the process of finding out what was the cause and the remedy fpr my heart problem, so my mind was not on the problem with my home.

This is the letter I sent in July asking for the reconderation, which I received in Sept.
However in October they reversed the decision and now I am in foreclosure again.  Please help me.  I sent a check for $213 to make the payment.  I had received a notice that would be my payment.  They sent it back with VOID  printed across it.  and said that my home was in foreclosure again.
I say it iss paid for since they didn't take the check.  I called down to Missouri and asked them to send me the notice for subsidy that I have misplaced, and I haven't received it yet.  All other paper work I have.  But I have misplaced that one.
I am sending a copy of this to each if the persons I sent it to before.
Please help me.

                        281 E. Fremont

Page 1

new reconsideration
Bement, IL 61813
July 13, 2005

National Appeals Division, USDA
Eastern Regional Office
8909 Purdue /road Ste.240
Indianapolis, IN 46268

To Whom it may concern:

I am requesting a hearing on my reconsideration for the following reasons:

1. I am requesting a loan from the Bement Bank to pay up my account, which I haven't heard from them yet.
2. I made several phone calls to the USDA several times only to be told that my payment subsidary papers had not been received yet, after several months.
3. I was told last week that they did have the papers but it was incomplete, siting that they had only received one paycheck stud. which there was only one, as I had a bout with osteoporsis in the two months preceding this time.
4. They claim they had sent me a letter stating this fact, which I didn't get.
5. I have missed so much work and one look at my

Page 2

                              new reconsideration
income tax return would have shown that.
6. I had open heart surgery last year and got a moratorium on my payments.
7. I have been on Medicaid since my surgery.
And one more thing, the CEO of my bank wants this property so I doubt they will loan the money to me,

Sincerely yours.