E-FILED
Friday, 17 November, 2006  04:22:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CV 06-2045 |
| ) | |
| BARBARA FUQUA, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' OPPOSITION TO DEFENDANT'S REQUESTS FOR CONTINUANCE OF HEARING

The United States of America received today, Friday, November 17, 2006, from defendant Barbara Fuqua a typed request for continuance of hearing.

The United States opposes all further continuances in this case. In support of this motion, the United States further asserts that:

1. On November 13, 2006 and on November 14, 2006 the undersigned attorney received the following e-mail request for continuance from the defendant:

> **Since the court hearing is so close to Thanksgiving, would it be possible to postpone it until after the holidays, since the court has postponed it twice and I did once, maybe we can settle this after the first of the year. Would you please see if that is agreeable with the court? Thank you for any help you can be.**

2. In response to each e-mail request, the undersigned attorney sent e-mail responses stating that the United States would not consent to any requested continuance.

3. There is no just reason to continue the hearing in this case.

Wherefore the United States of America requests that all motions to continue the hearing on the judgment of foreclosure in this case be denied.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ David H. Hoff
DAVID H. HOFF, 1234072
Assistant United States Attorney
United States Attorney
201 S. Vine, Suite 226
Urbana, Illinois 61802
217/373-5875
FAX: 217/373-5891
david.hoff@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Barbara A. Fuqua
      281 E. Freemont
      Bement Illinois 61813

      Respectfully submitted,

      RODGER A. HEATON
      United States Attorney

      s/ David H. Hoff
      DAVID H. HOFF, 1234072
      Assistant United States Attorney
      United States Attorney
      201 S. Vine, Suite 226
      Urbana, Illinois 61802
      217/373-5875
      FAX: 217/373-5891
      david.hoff@usdoj.gov