UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )   Case No. CV 06-2045
                                 )
BARBARA FUQUA,                   )
                                 )
    Defendant.                   )

**ORDER GRANTING THE UNITED STATES' MOTION TO
CONTINUE HEARING ON JUDGMENT FOR FORECLOSURE
TO ALLOW DEFENDANT TO REINSTATE MORTGAGE**

This matter having come to be heard on the 20th day of November, 2006, upon the United States' motion to continue the hearing on the judgment of foreclosure to allow the defendant to reinstate her mortgage, the defendant appearing in person and the United States appearing through Assistant United States Attorney David H. Hoff, this Court having been fully advised in the premises and with the verbal consent of the defendant, hereby grants said motion in its entirety with the express written finding of this Court that because the mortgagor, Barbara Fuqua, has been allowed by the United States to reinstate her mortgage pursuant to 735 ILCS 5/15-1602, the United States will not afford such relief to the mortgagor under this same mortgage for a period of five years from the date of final reinstatement.

    Therefore, it is hereby ordered, adjudged and decreed that today's hearing on the mortgage for foreclosure is continued until 2:30 p.m. on January 12, 2007 so that the defendant can reinstate her mortgage by paying current all costs and expenses of foreclosure, all escrow advances, all escrow accounts and all other sums now due and owing on her mortgage indebtedness in compliance with the provisions of 735 ILCS 5/15-1602 by not later than December 26, 2006, with the specific order of this Court that the defendant cannot again

reinstate this mortgage at any time within the next 5 years commencing upon the date of reinstatement of this mortgage in accordance with this order.

    It is further ordered that if the defendant timely reinstates her mortgage, this case will be dismissed without prejudice and the mortgage documents shall remain in full force and effect as if no acceleration or default had occurred.

    ENTERED this 21st day of November, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE