E-FILED
Tuesday, 12 December, 2006  03:17:14 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CV 06-2045 |
| ) | |
| BARBARA FUQUA, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO DISMISS FORECLOSURE COMPLAINT WITHOUT PREJUDICE DUE TO DEFENDANT'S REINSTATEMENT OF MORTGAGE**

The United States of America hereby requests that this Court dismiss this foreclosure complaint and proceeding without prejudice because the defendant has reinstated her mortgage in compliance with the provisions of 735 ILCS 5/15-1602.

As provided for in said statute, the United States conditions this dismissal upon this court simultaneously ordering that because the mortgagor, Barbara Fuqua, has been allowed by the United States to reinstate her mortgage pursuant to this Section, the defendant, Barbara Fuqua, shall not be afforded this type of relief under the same mortgage for a period of five years from date of entry of said order.

The United States further requests that this Court order that upon dismissal of this foreclosure complaint and proceeding, all mortgage documents, including the real estate mortgage and promissory note that was the basis for this proceeding, shall remain in full force and effect as if no acceleration or default had occurred.

                Respectfully submitted,

                RODGER A. HEATON
                United States Attorney

BY:   s/ David H. Hoff
        DAVID H. HOFF, Bar No. 1234072
        Assistant United States Attorney
        201 S. Vine, Suite 226
        Urbana, Illinois 61802
        217/373-5875
        FAX: 217/373-5891
        david.hoff@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Barbara A. Fuqua
      281 E. Freemont
      Bement, IL 61813

      s/ David H. Hoff
      DAVID H. HOFF, 1234072
      Assistant United States Attorney
      201 S. Vine, Suite 226
      Urbana, Illinois 61802
      217/373-5875
      FAX: 217/373-5891
      david.hoff@usdoj.gov