UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>     Plaintiff,   )<br>      )<br>     vs.   )<br>      )<br> BARBARA FUQUA,   )<br>      )<br>     Defendant.   ) | Case No. CV 06-2045 |

**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS FORECLOSURE COMPLAINT WITHOUT PREJUDICE DUE TO
DEFENDANT'S REINSTATEMENT OF MORTGAGE**

This matter having come to be heard without notice of hearing upon the motion of the United States of America to dismiss this complaint and foreclosure proceeding without prejudice, and this Court after having been fully advised in the premises, approves said order in its entirety and incorporates said motion verbatim herein as a substantive part of this order.

Therefore, it is hereby ordered, adjudged and decreed that the United States of America hereby requests that this Court dismiss this foreclosure complaint and proceeding without prejudice because the defendant has reinstated her mortgage in compliance with the provisions of 735 ILCS 5/15-1602.

As provided for in said statute, the United States conditions this dismissal upon this court simultaneously ordering that because the mortgagor, Barbara Fuqua, has been allowed by the United States to reinstate her mortgage pursuant to this Section,

the defendant, Barbara Fuqua, shall not be afforded this type of relief under the same mortgage for a period of five years from date of entry of said order.

The United States further requests that this Court order that upon dismissal of this

foreclosure complaint and proceeding, all mortgage documents, including the real estate mortgage and promissory note that was the basis for this proceeding, shall remain in full force and effect as if no acceleration or default had occurred.

ENTERED this 13th day of December, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE